# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| FLEMING COMPANIES, INC., et al.,[1] : | Case No. 03-10945 (MFW) |
| Debtors. : | (Jointly Administered) |
| PCT,[2] : | Adv. Pro. No.05-77950 |
| Plaintiff, : | |
| v. : | |
| Crestline Investments, LLC, : | |
| Defendant. : | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed between the above-captioned Plaintiff, PCT, and the above-captioned Defendant, Crestline Investments, LLC, by and through their respective counsel, that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

1 The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

2 PCT is a trust created pursuant to the Debtors' Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and its Filing Subsidiaries under Chapter 11 of the United States Bankruptcy Code (the "Plan"), and the Post-Confirmation Trust Agreement dated August 19, 2004.

The parties shall each bear their own costs and fees.

Dated: June 20, 2005

| | |
|---|---|
| /s/ David M. Fournier | /s/ Jeffrey C. Wisler |
| David M. Fournier (DE No. 2812) | Jeffrey C. Wisler (#2795) |
| Wilmer C. Bettinger (DE No. 359) | Christina M. Thompson (#3976) |
| PEPPER HAMILTON LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| Hercules Plaza, Suite 5100 | The Nemours Building |
| 1313 N. Market Street | 1007 N. Orange Street |
| P.O. Box 1709 | P.O. Box 2207 |
| Wilmington, DE 19899-1709 | Wilmington, Delaware 19899 |
| Telephone: (302) 777-6500 | Telephone: (302) 658-9141 |
| Facsimile: (302) 421-8390 | Facsimile: (302) 658-0380 |
| | |
| PEPPER HAMILTON LLP | - and - |
| Robert S. Hertzberg | |
| David Murphy | Rob Charles (AZ Bar No. 007359) |
| 100 Renaissance Center, 36th Floor | LEWIS AND ROCA, LLP |
| Detroit, Michigan 48243 | One South Church Avenue, Suite 700 |
| Telephone: (313) 259-7110 | Tucson, Arizona 85701-1611 |
| Facsimile: (313) 259-7926 | Telephone: (520) 629-4427 |
| | Facsimile: (520) 879-4705 |
| -and- | Rcharles@lrlaw.com |
| | |
| Eric Liebeler (CA Bar No. 149504) | Attorneys for Defendant |
| Christina M. Moore (CA Bar No. 235062) | CRESTLINE INVESTMENTS, LLC |
| KIRKLAND & ELLIS LLP | |
| 777 South Figueroa Street | |
| Los Angeles, CA 90017 | |
| Telephone: (213) 680-8400 | |
| Facsimile: (213) 680-8500 | |
| | |
| Attorneys for Plaintiff | |
| PCT | |