IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FLEMING COMPANIES, INC., et al.,[1] ) | Case No. . 03-10945 (MFW) |
| Debtor. ) | (Jointly Administered) |
| ) | |
| ) | |
| PCT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Adv. Pro. 05-77950 |
| Crestline Investments LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA       :
                          : ss
COUNTY OF LOS ANGELES     :

I, Cecilia Reyes, being over 18 years of age, hereby certify that on the 22nd day of July, 2005, I did serve the STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE by causing a true and correct copy thereof to be sent to the following persons in the manner indicated:

| Via First Class Mail | Via First Class Mail |
|---|---|
| Jeffrey C. Wisler | Rob Charles |
| CONNOLLY BOVE LODGE & HUTZ LLP | LEWIS AND ROCA LLP |
| The Nemours Building | One South Church Ave., Suite 700 |
| 1007 N. Orange St. | Tucson, AZ 85701-1611 |
| PO Box 2207 | |
| Wilmington, DE 19899 | |

_____
Cecilia Reyes

SWORN to and SUBSCRIBED before me,
a notary public for the State and County aforesaid,
this 22nd day of July, 2005.

_____
Notary Public

MARJORIE ANN...
COMM. #1470056
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. Feb 13, 2008

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.